# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>Robert Glenn HAYES<br>DOB: XX/XX/1964; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-04580MJ** |

Complaint for violation of Title 18, United States Code, Section 2251(a) and (e)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On July 23, 2021, in the District of Arizona, the defendant, Robert Glenn HAYES, employed, used, persuaded, induced, enticed and coerced a minor child to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, and was actually transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED:**

As part of a Homeland Security Investigations (HSI) investigation designed to identify online predators, an HSI Agent was present in an undercover capacity in a social media application on July 23, 2021. On that date, an individual using the screen name "Rob Hays" contacted the UC, who identified herself as a 14-year-old female. The user of the "Rob Hays" screen name sent multiple sexually explicit images of his genitalia to the UC, and repeatedly asked the person he believed to be a 14-year-old minor to send nude photos, including specifically asking her to show her genitalia. The account user was later identified as Robert HAYES, who had used a picture of himself in his profile on the chat application. On August 05, 2021, HSI Agents executed a search warrant at HAYES' residence and interviewed HAYES. HAYES, who is a convicted sex offender on probation, admitted to using the subject chat application and chatting with an individual he believed to be a 14-year-old female. He admitted sending pictures of his genitals to that individual and requesting that she send pictures of her genitals to him. HSI Agents recovered several cellular phones, including the cellular phone HAYES stated he had used to communicate with the individual he believed to be a 14-year-old female.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA Carin C. Duryee | SIGNATURE OF COMPLAINANT<br>WINWARD P GRIFFIN   Digitally signed by WINWARD P GRIFFIN<br>Date: 2021.08.06 10:13:05 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>SA Winward P. Griffin, HSI |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 6, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54